ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of - | ) | |
| | ) | |
| Coppertop Enterprises, Inc. | ) | ASBCA Nos. 63388, 63389, 63390 |
| | ) | 63391 |
| | ) | |
| Under Contract No. N62473-13-D-4608 | ) | |

APPEARANCE FOR THE APPELLANT:     Gregory J. Hout, Esq.
                                   Law Offices of Gregory J. Hout
                                   San Diego, CA

APPEARANCES FOR THE GOVERNMENT:   Craig D. Jensen, Esq.
                                   Navy Chief Trial Attorney
                                  Robert C. Bigler, Esq.
                                  David M. Ruddy, Esq.
                                   Trial Attorneys

ORDER OF DISMISSAL

These disputes have been settled. The appeals are dismissed with prejudice.

Dated: May 2, 2024

BRIAN S. SMITH
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 63388, 63389, 63390, 63391, Appeals of Coppertop Enterprises, Inc., rendered in conformance with the Board's Charter.

Dated: May 2, 2024

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals